# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF THE LAST
WILL AND TESTAMENT OF
BLACKMAN HARPER BIRD,
DECEASED.**

**CAROL KAY LEMON,
ROBERT DALE BIRD,
AND SANDRA LEMON,**

    Contestants-Appellees,

v.                                                                                          NO. 29,125

**ANITA BEEMAN,**

    Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY
James Waylon Counts, District Judge**

Rodey, Dickason, Sloan, Akin & Robb, P.A.
Edward R. Ricco
Albuquerque, NM

Thomas I. Marek
Carlsbad, NM

for Appellant

Wilfred T. Martin, Jr.
Carlsbad, NM

for Appellees

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:


_____
**JONATHAN B. SUTIN, Judge**


_____
**TIMOTHY L. GARCIA, Judge**